UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO PABLO EXPOSITO,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 25-cv-2399-RSH-DEB<br><br>**ORDER GRANTING RESPONDENTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF No. 5] |

Upon application, for good cause and compelling reasons, Respondents' motion for leave to file under seal Petitioner's medical records during his time in Immigration and Customs Enforcement custody, as of September 16, 2025, is **GRANTED**. Such documents shall be filed under seal.

**IT IS SO ORDERED**.

Dated: September 24, 2025

_Robert S. Huie_
Hon. Robert S. Huie
United States District Judge