UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PEDRO PABLO EXPOSITO,<br><br>                             Petitioner,<br>v.<br><br>KRISTI NOEM, et al.,<br><br>                            Respondents. | Case No.: 25-cv-2399-RSH-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 15] |
|---|---|

On October 7, 2025, the parties filed a Joint Motion to Dismiss. ECF No. 15. Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** that the case is dismissed without prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED**.

Dated: October 8, 2025

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge